■ In the Matter of the Claim of MORRIS LINDERMAN, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [616 NYS2d 263] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 5, 1990, which, upon reconsideration, adhered to its prior decision ruling, *inter alia,* that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

The decision of the Board from which claimant now attempts to appeal was filed and mailed on October 5, 1990. Claimant did not file an appeal to this Court, however, until December 8, 1992. Under the circumstances, claimant's appeal must be dismissed as untimely *(see,* Labor Law § 624). In any event, substantial evidence exists in the record to support the Board's decision.

Cardona, P. J., Mikoll, Crew III, Weiss and Yesawich Jr., JJ., concur. Ordered that the appeal is dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST W. VANN, Appellant, v GEORGE J. BARTLETT, as Superintendent of Elmira Correctional Facility, Respondent. [616 NYS2d 264] —Appeal from a judgment of the Supreme Court (Ellison, J.), entered October 14, 1993 in Chemung County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

We find that petitioner's application was properly denied. Petitioner's contention that his petition should have been granted because his conviction was based upon false evidence could have been raised on direct appeal or in a motion pursuant to CPL 440.10. Further, petitioner alleges no facts which merit a departure from traditional orderly procedure.

Mikoll, J. P., Mercure, Weiss, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed, without costs.